[No. 21003-1-III.   Division Three.   April 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY JAY
FRANETICH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02480-0, Michael E. Donohue, J., entered March 26, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 21081-2-III; 21094-4-III.   Division Three.   April 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE L. FEIDT,
ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 01-1-00957-6 and 01-1-00958-4, Robert D. Austin, J., entered April 19, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[Nos. 21096-1-III; 21809-1-III.   Division Three.   April 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EDWARD
KIVETT, *Appellant*.

*In the Matter of the Personal Restraint of* THOMAS E.
KIVETT, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00166-2, Neal Q. Rielly, J., entered February 26, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.